ACCEPTED
04-15-00107-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/14/2015 5:36:18 PM
KEITH HOTTLE
CLERK

No. 04-15-00107-CV

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/14/2015 5:36:18 PM
KEITH E. HOTTLE
Clerk

**JUSTIN V. HAYNES,**
**APPELLANT**

**V.**

**ALICIA BRYAN HAYNES,**
**APPELLEE**

On Appeal from Cause No. 2012-Cl-14023, In the 166th Judicial District Court of
Bexar County, Texas, Honorable David Canales, Presiding

APPELLANT'S FIFTH ADVISORY REGARDING
STATUS OF TRIAL PROCEEDINGS

TO THE HONORABLE COURT OF APPEALS:

Appellant Justin V. Haynes respectfully provides this advisory informing the Court of the current status of the trial court proceedings pursuant to the Court's September 21, 2015 order.

## I.

This appeal initially arose from the March 3, 2015 judgment rendered by the trial court. The notice of appeal was filed on February 16, 2015. The Clerk's Record was filed on May 5, 2015. The Reporter's

Record was filed on May 4, 2015 and June 16, 2015. The trial court rendered a Modified Judgment on June 16, 2015.

Appellant's brief was due to be filed by July 16, 2015. However, Appellant filed his unopposed motion to extend that deadline or to abate the appeal pending final resolution of the trial court proceedings. On July 20, 2015, the Court entered its order abating this appeal. On August 31, 2015, the trial court rendered its second modified judgment. On September 21, 2015, the Court continued the abatement until the trial proceedings are final, provided that Appellant provide an advisory regarding the status of the trial court proceedings every three weeks, beginning October 12, 2015. Appellant provided his second advisory on October 12, 2015. Appellant provided his third advisory on November 2, 2015. Appellant provided his fourth advisory on November 23, 2015. In accord with the Court's order, Appellant now provides his fifth advisory.

## II.

On November 13, 2015, the trial court rendered its fourth judgment in this proceeding, reversing itself on one key finding and reinstating the parties' divorce. Appellant requested findings of fact and conclusions of law on December 3, 2015, and filed his motion for new trial on December 13, 2015. There is also pending in the trial court Appellee's motion to substitute copies of exhibits to replace the original

trial exhibits that cannot be located. The Court is required to hold a hearing on that motion.

The trial court will be required to rule on the motion for new trial, respond to Appellant's request for findings of fact and conclusions of law with regard to the latest judgment, and hold a hearing on the motion to substitute the trial exhibits. That hearing is not currently set.

## III.

The continuation of the abatement is not sought for purposes of delay. Rather, this request is made to ensure that the issues eventually raised in this appeal are narrowed to the greatest extent possible and then presented to this Court in the most efficient and expeditious manner possible.

WHEREFORE, PREMISES CONSIDERED, Appellant Justin V. Haynes respectfully requests that the Court continue to abate this appeal until after the trial proceedings conclude and the complete appellate record is filed in this Court, and such other and further relief to which he is justly and equitably entitled.

Respectfully submitted,

*/s/ Ryan G. Anderson*

Ryan G. Anderson
State Bar No. 00783546
LAW OFFICES OF RYAN G. ANDERSON, PLLC
115 E. Travis, Suite 1403
San Antonio, Texas 78205

3

(210) 399-0198
(210) 855-5050 (Facsimile)
ryan@rgalawpc.com

RICHARD R. ORSINGER
State Bar No. 15322500
ORSINGER, NELSON, DOWNING &
ANDERSON  L.L.P.
310 S. St. Mary's, Suite 1717
San Antonio, Texas 78205
(210) 225-5567 Telephone
(210) 267-7777 Telecopier
richard@ondafamilylaw.com

ATTORNEYS FOR APPELLANT
 JUSTIN V. HAYNES

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil Procedure on December 14, 2015, on the following:

Eric Lipper
Michael Conner
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002

Biff Pennypacker
Wilson, Pennypacker & Thompson LLP
8620 N. New Braunfels, Suite 101
San Antonio, Texas 78217

Jo Chris Lopez
Rob Ramsey
Langley & Banack, P.C.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212

***Attorneys for Alicia Bryan Haynes***

*/s/ Ryan G. Anderson*
Ryan G. Anderson